# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER JACKSON,<br>      Plaintiff,<br>vs.<br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br>      Defendant. | Case No. 2:10-cv-01874-LRH-PAL<br><br>**<u>ORDER</u>** |

The court conducted a hearing on July 19, 2011, on Defendant's Motion to Enforce Insurance Contract (Dkt. #14) filed on June 14, 2011. Leah Martin appeared on behalf of the Plaintiff, and Damon Scheutze and Joshua Santerano appeared on behalf of the Defendant. The court has considered the Motion, Plaintiff's Opposition (Dkt. #16), and Defendant's Reply (Dkt. #18), and the arguments of counsel at the hearing. Having reviewed and considered the matter,

  **IT IS ORDERED** that:

1. Defendant's Motion to Enforce Insurance Contract (Dkt. #14) is **DENIED**. However, the court will treat the motion as a Motion for Leave to Conduct an Independent Medical Examination pursuant to Fed.R.Civ.P. 35, and **GRANT** the request.

2. Counsel for the parties shall forthwith meet and confer to schedule the independent medical examination and agree to reasonable conditions of the examination.

3. The parties' request for an adjustment to the Discovery Plan and Scheduling Order deadlines is **GRANTED** and the Discovery Plan and Scheduling Order deadlines are extended as follows:

  a. Last date to amend pleadings and add parties: **Expired**.

  b. Last date to file interim status report: **September 29, 2011.**

      c.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **September 29, 2011.**

      d.    Last date to disclose rebuttal experts: **October 31, 2011.**

      e.    Last date to complete discovery: **November 29, 2011.**

      f.    Last date to file dispositive motions: **December 27, 2011.**

      g.    Last date to file joint pretrial order:  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

      h.    The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

4.    No further extensions will be granted.

Dated this 20th day of July, 2011.

_____
Peggy A. Leen
United States Magistrate Judge