UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER JACKSON, individually, | ) | CASE NO. 2:10-cv-1874-LRH-PAL |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, DOES I-X and ROE CORPORATIONS I-X, inclusive | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case is currently scheduled for trial on the stacked calendar February 26, 2013.

IT IS ORDERED that this case is referred to The Honorable Peggy A. Leen for the purpose of conducting a settlement conference.

DATED this 10th day of August, 2012.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE